# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ARKANSAS METHODIST HOSPITAL
CORPORATION d/b/a ARKANSAS
METHODIST MEDICAL CENTER                    Plaintiff/Counter-Defendant

vs.                      NO. 3:04CV00363 SWW

EUGENE M. FINAN, M.D.                        Defendant/Counter-Claimant


JUDGMENT ON JURY VERDICT

This action came on for trial April 24, 2006, before the Court and a jury, Judge Susan Webber Wright, United States District Court Judge, presiding, and the issues having been duly tried and the jury having rendered its verdict by answering Interrogatory No. 1 on April 27, 2006; now therefore, pursuant to that answer,

IT IS ORDERED AND ADJUDGED that plaintiff/counter-defendant Arkansas Methodist Hospital Corporation, d/b/a Arkansas Methodist Medical Center, have and recover of and from defendant/counter-claimant Eugene M. Finan, M.D., the sum of $388,553.64 for compensatory damages, together with interest from this date until paid at the rate of 4.90% per annum as provided by law.

IT IS FURTHER ORDERED AND ADJUDGED that in light of the jury verdict the counter-claim filed in this matter should be and hereby is dismissed.

IT IS SO ORDERED this 27th day of April, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE