IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ARKANSAS METHODIST HOSPITAL CORPORATION d/b/a/ Arkansas Methodist Medical Center, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:04CV00362 SWW |
| CRAIG W. FORBES, M.D., | * * | |
| Defendant. | * | |
| | | |
| ARKANSAS METHODIST HOSPITAL CORPORATION d/b/a/ Arkansas Methodist Medical Center, | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | No. 3:04CV00363 SWW |
| EUGENE M. FINAN, M.D., | * * | |
| Defendant. | * | |

**Judgment**

Pursuant to the Memorandum and Order entered in this matter on June 22, 2006, judgment is hereby entered in favor of Arkansas Methodist Hospital Corporation d/b/a/ Arkansas Methodist Medical Center for attorney's fees and costs in the amount of $95,671.54 from Craig Forbes, M.D., and $94,581.42 from Eugene M. Finan, M.D.  Prejudgement Interest is awarded to Arkansas Methodist Hospital in the amount of $59,570.58 from Craig Forbes, M.D., and $41,711.58 from Eugene M. Finan, M.D.

DATED this 27th day of June 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT